IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs                 4:06CR00135-02-WRW

JONATHON CODY WOOD

### AMENDED AND SUBSTITUTED JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing on the petitions to revoke the supervised release granted this defendant. Upon the basis of the evidence presented, the Court found that the defendant did violate certain conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

The defendant is sentenced to a period of 11 months at a designated Bureau of Prisons correctional facility. The defendant is to participate in residential or nonresidential substance abuse treatment during incarceration. The Court recommends the defendant be placed at the federal correctional facility in Forrest City, Arkansas. The defendant is remanded into the custody of the U.S. Marshal.

There is no supervised release to follow incarceration.

IT IS SO ORDERED this 16th day of March, 2010.

                                        /s/Wm. R. Wilson, Jr.
                               UNITED STATES DISTRICT JUDGE