IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                    4:06CR00135-02-WRW

JONOTHON CODY WOOD

### AMENDED JUDGMENT & COMMITMENT

The Amended and Substituted Judgment and Commitment filed in this case on March 16, 2010, is amended to reflect the following:

    The Court recommends the defendant be placed at the federal correctional
    facility in Yankton, South Dakota.

The remaining portions of the Amended and Substituted Judgment & Commitment will remain in full force and effect.

IT IS SO ORDERED this 24th day of March, 2010.

                                            /s/ Wm. R.Wilson,Jr.
                              UNITED STATES DISTRICT JUDGE

amendJ&C1.wpd